IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

IN RE: )
)
JAMES B. BUCHANAN and ) NO. 2:05-0114
KAREN D. BUCHANAN, ) JUDGE HAYNES
)
)

## ORDER

In accordance with the Memorandum filed herewith, the Order from the Bankruptcy Court's adversary proceeding (Docket Entry No. 1) is **AFFIRMED**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 25th day of July, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge